IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| 8103 S Halsted Inc., | ) | Case No. 13-42077 |
| Debtors. | ) | The Honorable J. P. Cox |

### FINAL ORDER AUTHORIZING THE USE OF CASH COLLATERAL

Upon the motion ("Motion") of 8103 S Halsted Inc., (the "Debtors") for the entry of a final order on December 17th, 2013, authorizing the Debtors to use the cash collateral of the Internal Revenue Service and the Illinois Department of Revenue, granting adequate protection in the form of replacement liens, and scheduling a final hearing; the Court having found that (a) the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. S 157 and 1334, and (b) venue is proper pursuant to 28 U.S.C. S 1408 and 1409; due and proper notice of the Motion having been given; the Court having reviewed the legal and factual bases set forth in the Motion, and having determined that they establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:
1. The relief requested in the Motion is hereby granted.
2. The Debtors are authorized to use the Prepetition Collateral in accordance with the Budget.
3. Creditor is granted adequate protection in the Prepetition Collateral in the form of replacement liens on the Prepetition Collateral, to attach to the proceeds of the Prepetition Collateral in the same priority that existed as of the Petition Date.
4. The Debtors, on or before *November 22, 2013*, serve by United States mail, first-class postage prepaid, copies of the Motion, this proposed final order and a notice of the final hearing (the "Final Hearing Notice") to consider entry of the proposed final order on (i) the office of the United States Trustee; (ii) the Debtors' secured creditors; (iii) the Debtors' 20 largest unsecured creditors; and any parties that may have requested notice in this case pursuant to Rule 2002 of the Bankruptcy Rules. A copy of the Motion, this final order, the proposed final order and the Final hearing Notice shall be served on all persons requesting service of papers pursuant to Bankruptcy Rule 2002 by United States mail, first-class postage prepaid, within one business day following the receipt of such request. The Final Hearing Notice shall state that any party in interest objecting to the entry of the proposed final order shall file written objection with the United States Bankruptcy Clerk for the Northern District of Illinois not later than 4:00 p.m. CT on *December 10th, 2013*, which objection shall be served so that the same are received on or before such date by: (i)

    proposed counsel to the Debtors, Mansoor Ansari (ii) Illinois Department of Revenue (iii) Internal Revenue Service.
5. Secured Creditors are granted the following:

   a. Adequate Protection Claim;
   b. Replacement Liens;
   c. a super-priority administrative claim in accordance with section 364(c)(1)and 507(b) of the Bankruptcy Code;
   d. interest on the Pre-Petition Obligations at the contract non-default rate and reasonable fees and expenses as of the Petition Date.
   e. Payment in the amount of Five-hundred ($500.00) monthly to the Internal Revenue Service; and
   f. Payment in the amount of Two-thousand ($2,000.00) monthly to the Illinois Department of Revenue.

6. This Order shall be effective immediately and on an final basis.
7. This Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this Order

Dated: _____, 2013

_____
The Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Prepared by:

MANSOOR H. ANSARI
Attorney ID 6295701
ANSARI TAX LAW FIRM
500 N. Michigan Ave., Suite 600
Chicago, IL 60611
Ph: (312) 265-5626
Email: ansarimansoor@hotmail.com

*Proposed Counsel for the Debtors and Debtors in Possession*